IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Action No. 00-cr-00078-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUADALUPE JOSE-GONZALES,

    Defendant.



---

ORDER DENYING MOTION FOR RETURN OF PERSONAL PROPERTY

---

Upon considering the government's response of May 31, 2007, to the defendant's motion for return of personal property, filed May 11, 2006, and again on July 10, 2006, seeking recovery of $2,500 in currency seized at the time of his arrest and the Court having reviewed the Memorandum Opinion and Order of Judge Daniel B. Sparr, entered December 15, 2000, with the findings of fact contained therein, the subject currency has been adjudicated to be funds obtained in the course of the commission of the crime for which the defendant has been convicted and therefore constitutes contraband and it is therefore

    ORDERED that the motions for return of personal property are denied.

    DATED: June 20th, 2007

    BY THE COURT:

    Richard P. Matsch, Senior Judge

## CERTIFICATE OF MAILING

I certify that a copy of the Order Denying Motion for Return of Personal Property entered by Senior Judge Richard P. Matsch on June 20, 2007, was mailed via U. S. Mail to the following:

Guadalupe Jose-Gonzales
#29420-013
M.V.C.C. Unit C-5
555 I Cornell Drive
Philipsburg, PA 16866

Dated: June 20, 2007

GREGORY C. LANGHAM, Clerk

By _____
Deputy